# United States Navy–Marine Corps Court of Criminal Appeals

———————————————

**UNITED STATES**
Appellee

**v.**

**Rocky RODRIGUEZ**
Sergeant (E-5), U.S. Marine Corps
Appellant

**No. 201800265**

Decided: 8 February 2019

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Military Judge:
Lieutenant Colonel Eugene H. Robinson, Jr., USMC

Sentence adjudged 11 May 2018 by a general court-martial convened at Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence approved by convening authority: a reprimand, reduction to E-1, confinement for 5 years,[1] and a dishonorable discharge.

For Appellant:
*Lieutenant Colonel Lee C. Kindlon, USMCR.*

For Appellee:
*Brian Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

Before WOODARD, TANG, and LAWRENCE,
*Appellate Military Judges.*

---

[1] The Convening Authority suspended confinement in excess of 30 months pursuant to a pretrial agreement.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court